UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY WEISS, *on behalf of himself and the Class*,

                        Plaintiff,

-against-

STARR RESTAURANT ORGANIZATION, LP
   d/b/a STARR RESTAURANTS,
and BUDDAKAN NY, L.P.
   d/b/a BUDDAKAN

                        Defendants

---

Case No.: 20-CV-08090 (JMF)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel, that the claims of Plaintiff GREGORY WEISS under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") are dismissed without prejudice, in their entirety as against Defendants STARR RESTAURANT ORGANIZATION, LP d/b/a STARR RESTAURANTS, and BUDDAKAN NY, L.P. d/b/a BUDDAKAN, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

*For Defendants:*

By: _____
Eli Z. Freedburg, Esq.
Littler Mendelson P.C.
900 Third Avenue,
New York, New York 10022
Phone: (212) 583-2685

Date: August 6, 2021

SO ORDERED

_____
HON. JESSE M. FURMAN, U.S.D.J.

*For Plaintiff:*

By: /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, New York 10011
Phone: (212) 465-1188

Date: August 5, 2021

August 9, 2021
DATED

All conferences are canceled.  All motions are moot.